*Ronald B. Reiss, Attorney at Law*

RONALD B. REISS (Cal. Bar No. 167937)
201 Spear Street, Suite 1100
San Francisco, CA  94015
Telephone: (415) 426-3510
reisslawsf@gmail.com

Attorney for Plaintiff
JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>             Plaintiff,<br><br>      vs.<br><br>MANN'S CHINESE CUISINE, INC., MARK PHANG, MARK THANG, MARTIN THANG, and DOES 1-50, Inclusive.<br><br>             Defendants. | Case No.: C14-02914  KAW<br><u>Civil Rights</u><br><br>**STIPULATION FOR DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER** |

### **STIPULATION**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiff JOHN RODGERS ("Plaintiff") and defendants MANN'S CHINESE CUISINE, INC., MARK PHANG, MARK THANG, MARTIN THANG ( "Defendants"), by and through their respective attorneys of record, stipulate that:

1. This case has been settled and all issues and controversies between the parties have been resolved to their mutual satisfaction pursuant to the terms of a Settlement Agreement and General Release ("Settlement Agreement") entered into between the parties;

2. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

-1-

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL 4:14-cv-02914- KAW**
Manns Stipulated Dismissal 02-16-2015.doc

3. The parties consent to and request that the Court retain jurisdiction to enforce the Settlement Agreement for a period of 18 months after the date hereof, under the authority of *Kokonen v. Guardian Life Ins. Co.,* 511·U.S. 375, 381-82 (1994); and

4. Outside the terms of the Settlement Agreement, all parties shall bear his, her, or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated:  April 20, 2015                RONALD B. REISS, ATTORNEY AT LAW

By:  _____/S/_____
      Ronald B. Reiss
Attorney for Plaintiff JOHN RODGERS

Dated: April 8, 2015                LAW OFICES OF JOHN D. BENGSTON

By:  _____
      John D. Bengston
Attorney for Defendants MANN'S CHINESE CUISINE, INC.; MARTIN THANG

-2-

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL 4:14-cv-02914- KAW**
Manns Stipulated Dismissal 02-16-2015.doc

3.  The parties consent to and request that the Court retain jurisdiction to enforce the Settlement Agreement for a period of 18 months after the date hereof, under the authority of *Kokonen v. Guardian Life Ins. Co.,* 511·U.S. 375, 381-82 (1994); and

4.  Outside the terms of the Settlement Agreement, all parties shall bear his or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated: _____, 2015        RONALD B. REISS, ATTORNEY AT LAW

By: _____
    Ronald B. Reiss
    Attorney for Plaintiff JOHN RODGERS

Dated: 4/8, 2015        LAW OFFICES OF JOHN D. BENGTSON

By: _____
    John D. Bengtson
    Attorney for Defendants
    MANN'S CHINESE CUISINE INC.; MARTIN THANG

-2-

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL C14-02914 KAW**
Stipulated Dismissal5

-3-

# ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2. By consent of the parties, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the Settlement Agreement for a period of 18 months from the date hereof; and

3. All parties shall bear his, her, or its own costs and fees in the action.

Dated:   4/21      , 2015                    _____
                                              HON. KANDIS A. WESTMORE
                                              U.S. MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL 4:14-cv-02914- KAW**
Manns Stipulated Dismissal 02-16-2015.doc